**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| KENNY MICHEL SOTO PORTAL | CASE NO. 6:26-CV-1529 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** as premature.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 19th day of August, 2026.

**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**